# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON T. DALBY and
VIRGINIA G. DALBY,

        Plaintiffs,

vs.

QUALITY LOAN SERVICE, INC., *et al.*,

        Defendants.

Case No.  2:10-cv-02231-PMP-GWF

**ORDER**

Motion to Strike (#13)

      This matter is before the Court on Plaintiffs' Motion to Strike Defendant Saxon Mortgage Services, Inc.'s Certificate of Interested Parties (#13), filed January 11, 2011; Defendant Saxon's Opposition to Plaintiff's Motion to Strike (#15), filed January 13, 2011; and Plaintiffs' Objection to Defendant's Opposition to Motion to Strike (#21), filed January 24, 2011.

      Fed.R.Civ.P. 7.1 and LR 7.1-1 require counsel for private parties to identify any known interested parties to the civil action. Defendants' Certificate of Interested Parties (#10) is in conformity with these rules.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Defendant Saxon Mortgage Services, Inc.'s Certificate of Interested Parties (#13) is **denied**.

      DATED this 25th day of January, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge